DANIEL G. BOGDEN
United States Attorney
RUSSELL E. MARSH
Assistant United States Attorney
333 Las Vegas Blvd., South, Fifth Floor
Las Vegas, NV 89101
(702) 388-6336
Fax: (702) 388-6418

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:99-cr-259-KJD-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | INDICTMENT |
| | ) | |
| JUSTIN ROSS KELLY, | ) | |
| aka Thomas Thiede, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, by and through Daniel G. Bogden, United States Attorney, and Russell E. Marsh, Assistant United States Attorney, the United States hereby moves for leave to dismiss this case against defendant JUSTIN ROSS KELLY, aka Thomas Thiede, based on the age of the case and the unknown status of the defendant. This case was indicted on June 16, 1999. The defendant is believed to be a Canadian citizen and his whereabouts are unknown.

WHEREFORE, the government hereby moves for leave to dismiss the indictment in this matter against the defendant with prejudice, and further requests that the arrest warrant for the defendant be quashed.

DATED this 7th day of June, 2013.

                                              Respectfully submitted,
                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              */s/ Russell E. Marsh*
                                              RUSSELL E. MARSH
                                              Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:99-cr-259-KJD-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JUSTIN ROSS KELLY, | ) | |
| aka Thomas Thiede, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice. It is further ordered that the arrest warrant for the defendant be quashed.

SO ORDERED.

DATED: 8/30/2013

KENT J. DAWSON
Senior United States District Judge